UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANCISCO JAVIER ESCALANTE RAMIREZ and
VICTOR MANUEL QUINO SALVADOR,
*on behalf of themselves, FLSA Collective Plaintiffs,
and the Class,*

        Plaintiffs,

        v.

PIZZA PETE'S LLC
    d/b/a PIZZA PETE'S,
PFKM CO LLC
    d/b/a BRAVO PIZZA,
12 APOSTLES LLC
    d/b/a BRAVO PIZZA,
MFKA ENTERPRISES INC
    d/b/a BRAVO PIZZA,
BEK 1 LLC
    d/b/a BRAVO PIZZA,
HASHEM MELECH INC
    d/b/a BRAVO PIZZA,
LFL ENTERPRISES INC
    d/b/a BRAVO PIZZA,
ASFJ ENTERPRISES INC
    d/b/a BRAVO KOSHER PIZZA,
18 PIZZA LLC
    d/b/a BRAVO KOSHER PIZZA,
JASK ENTERPRISES INC.
    d/b/a FRANKIE BOY'S PIZZA,
FRANK LIBRETTA, MICHAEL LIBRETTA,
TANIA FELLUS, and KENNETH FELLUS,
        Defendants.

Case No.: 1:20-cv-01947-JPO

**<u>RULE 68 JUDGMENT</u>**

---

        **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants FRANK LIBRETTA and PIZZA PETE'S LLC d/b/a PIZZA PETE'S (collectively, "Pizza Pete's Defendants") having offered to allow Plaintiff FRANCISCO JAVIER ESCALANTE RAMIREZ ("Plaintiff Ramirez") to take a judgment against them, in the sum of Forty-Nine Thousand Five

Hundred Dollars and No Cents ($49,500.00), in accordance with the terms and conditions of Pizza Pete's Defendants' Rule 68 Offer dated August 1, 2021 and filed as Exhibit A to Docket Number 64;

**WHEREAS**, on August 3, 2021, Plaintiff Ramirez's attorney having confirmed Plaintiff Ramirez's acceptance of Pizza Pete's Defendants' Offer of Judgment (Dkt. No. 64);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff FRANCISCO JAVIER ESCALANTE RAMIREZ, in the sum of Forty-Nine Thousand Five Hundred Dollars and No Cents ($49,500.00), in accordance with the terms and conditions of Pizza Pete's Defendants' Rule 68 Offer dated August 1, 2021 and filed as Exhibit A to Docket Number 64.

**SO ORDERED:**

Dated: August 4, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge